| Case | Docket / Disposition | Date | Lower Court No. |
|---|---|---|---|
| Pultegroup, Inc. v. Patrick McDermott Plastering | 2230 EDA 2015 Quashed and Remanded | 01/17/2017 | 2010–08958 (Bucks) |
| PulteGroup, Inc. v. Patrick McDermott Plastering | 2231 EDA 2015 Quashed and Remanded | 01/17/2017 | 2010–08958 (Bucks) |
| PulteGroup, Inc. v. Patrick McDermott Plastering | 2232 EDA 2015 Quashed and Remanded | 01/17/2017 | 2010–08958 (Bucks) |
| Com. v. Echols | 2234 EDA 2015 Vacated and Affirmed | 01/17/2017 | CP–51–CR–0011834–2013 (Philadelphia) |
| Com. v. Saunders | 34 EDA 2016 Vacated and Remanded | 01/17/2017 | CP–51–CR–1000241–2003 (Philadelphia) |
| Com. v. Clarke | 503 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 01/17/2017 | CP–23–CR–0004775–2015 (Delaware) |
| Com. v. Simmons | 675 EDA 2016 Affirmed | 01/17/2017 | CP–46–CR–0005175–2011 (Montgomery) |
| In the Interest of K.C. | 1579 EDA 2016 Affirmed | 01/17/2017 | CP–09–DP–0000019–2014 (Bucks) |
| Com. v. Shirey | 186 MDA 2016 Affirmed | 01/17/2017 | CP–06–CR–0001751–2015 (Berks) |
| Com. v. Hernandez | 439 MDA 2016 Affirmed | 01/17/2017 | CP–06–CR–0004760–2006 (Berks) |
| Com. v. Miller | 443 MDA 2016 Reversed and Remanded | 01/17/2017 | CP–14–CR–0001662–2015 (Centre) |
| Com. v. Ghee | 726 MDA 2016 Affirmed | 01/17/2017 | CP–28–CR–0000065–2013 (Franklin) |
| Com. v. Walters | 735 MDA 2016 Affirmed | 01/17/2017 | CP–06–CR–0002768–2011 (Berks) |
| Com. v. Grosella | 823 MDA 2016 Affirmed | 01/17/2017 | CP–67–CR–0002384–2003 (York) |
| Com. v. Landi | 1004 MDA 2016 Affirmed | 01/17/2017 | CP–36–CR–0003211–2011 (Lancaster) |